# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EDDIE S. WATKINS                                                                                           PETITIONER
ADC #084056

v.                                                    4:20-cv-01354-JJV

DEXTER PAYNE, Director,                                                                          RESPONDENT
Arkansas Division of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 26th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE